# EXHIBIT 2:
"Inmate Education Data Transcript"

REGISTER NO: 43319-037          NAME..: GARY
FORMAT.....: TRANSCRIPT         RSP OF: FTD-FORT DIX FCI              FUNC: PRT

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME   STOP DATE/TIME
FTD  ESL HAS    ENGLISH PROFICIENT              05-12-2009 0722   CURRENT
FTD  GED EARNED GED EARNED IN BOP               04-13-2010 0957   CURRENT

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| FTD GP | HEALTHY MINDS AND BODIES | 07-31-2020 | 10-01-2020 | P | C | P | 24 |
| HAF | JOB FAIR INFORMATION | 08-16-2018 | 08-16-2018 | P | C | P | 2 |
| HAF | JOB FAIR INFORMATION | 08-16-2018 | 08-16-2018 | P | C | P | 2 |
| HAF | CARD MAKING 8 HOURS | 03-08-2018 | 05-08-2018 | P | C | P | 8 |
| HAF | ACRYLIC PAINTING 8 HOURS | 03-07-2018 | 05-07-2018 | P | C | P | 8 |
| HAF | REC AIDE/EVENT COORD 4 HOURS | 01-17-2018 | 01-18-2018 | P | C | P | 4 |
| HAF | BEGINNER'S LEATHER 20 HOURS | 02-24-2016 | 01-11-2017 | P | C | P | 20 |
| HAF | BASKETBALL OFFICIAL 6 HOURS | 09-21-2016 | 11-10-2016 | P | C | P | 6 |
| HAF | GRAPHICS ARTS VOC. EXPLORATORY | 10-27-2014 | 02-20-2015 | P | C | E | 98 |
| HAF | INFORMATIONAL FAIR 2HRS | 08-07-2014 | 08-07-2014 | P | C | P | 2 |
| MCD | JOB FAIR | 08-07-2014 | 08-07-2014 | P | C | P | 2 |
| MCD | REL PRE-INTERVIEW TECHNIQUES | 02-25-2014 | 03-18-2014 | P | C | P | 2 |
| MCD | SOCIAL & SPIRITUAL DEVELOPMENT | 10-01-2012 | 10-30-2012 | P | C | P | 15 |
| MCD | TOUCH TYPING KEYBOARD PROGRAM | 09-28-2011 | 11-01-2011 | P | C | P | 12 |
| MCD | SELF STUDY RESUME COURSE | 03-04-2011 | 04-15-2011 | P | C | P | 10 |
| MCD | ACTIVE PARENTING AGES 5-12 | 05-02-2011 | 07-01-2011 | P | C | P | 24 |
| MCD | LAW LIBRARY ORIENTATION | 04-22-2011 | 05-10-2011 | P | C | P | 2 |
| CAA | INTRO TO COMPUTER USAGE | 04-06-2011 | 04-11-2011 | P | C | P | 1 |
| CAA | AWAITING GED TEST RESULTS | 03-31-2010 | 04-13-2010 | C | W | I | 0 |
| CAA | PRE-GED 143 12:30-3:30 PM | 11-06-2009 | 04-13-2010 | P | C | P | 144 |
| CAA | PRE-GED 143 12:30-3:30 PM | 11-06-2009 | 03-31-2010 | C | W | I | 0 |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 508.0 | 04-01-2010 | CAA | PASS | PA |
|  | LIT/ARTS | 550.0 | 04-01-2010 | CAA | IB | PA |
|  | MATH | 460.0 | 04-01-2010 | CAA | IB | PA |
|  | SCIENCE | 450.0 | 04-01-2010 | CAA | IB | PA |
|  | SOC STUDY | 480.0 | 04-01-2010 | CAA | IB | PA |
|  | WRITING | 600.0 | 04-01-2010 | CAA | IB | PA |
| GED PRAC | LIT/ARTS | 630.0 | 01-27-2010 | CAA | IB | PA |
|  | MATH | 480.0 | 01-27-2010 | CAA | PE |  |
|  | SCIENCE | 510.0 | 01-27-2010 | CAA | PD |  |
|  | SOC STUDY | 550.0 | 01-27-2010 | CAA | PE |  |
|  | WRITING | 510.0 | 01-27-2010 | CAA | PE |  |
| TABE D | LANGUAGE | 12.5 | 11-05-2009 | CAA | 9A |  |
|  | MATH APPL | 7.3 | 12-16-2009 | CAA | 10D |  |
|  | MATH COMP | 7.4 | 12-16-2009 | CAA | 10D |  |
|  | READING | 12.9 | 11-05-2009 | CAA | 9A |  |

G0000      TRANSACTION SUCCESSFULLY COMPLETED