Greetings Your Honor. I just wanted to send you a few words from my own self to accompany this Motion.

I joined the gang at the age of 18, wrongfully searching for a family that I was missing. The false love and false notoriety at that age had me mistakenly thinking I had it made and knew it all. Sadly, it took for me to lose my 16 year old brother to realize I knew nothing at all. The life had already consumed me at that point and the Feds came a short time later. At twenty-five years old I received a thirty year sentence. I knew from day one that I earned that sentence, so I didn't come through the doors bitter, angry, or blaming everyone else for my actions. I took a deep breath and weathered the road ahead of me.

The United States Penitentiary is not an easy storm to weather for a 25 year old and they sent me to a level 7 pen. Two, to be exact; USP Allenwood an USP Canaan, in 2009. But I kept my head down, got my GED, and got a job and made it to an FCI in 19 months. There in an FCI I found room to breathe and found my calling; writing. I got to know my daughters better and made amends with them for my neglect and stupidity.

Today, I am a 39 year old grandfather of one, father of two beautiful girls and the author of 34 novels. Nine of those are published and available on Amazon. One of my titles: Little Timmy Turner, is being used at the Rose Street Community Center for at risk kids. The book is about the importance of decision making; something I know so much about.

Your Honor, I deserved everything that happened to me. It was no one's fault but my own. I accept it all. I'm asking for a second chance at making things right for my family, my community, and myself before I am unable to. Over the past four years my health has been failing. Again, it's on me. Poor eating habits and not exercising. I was diagnosed with Sarcoidosis in 2017, Hypertension, I have a BMI of 43, my hands and eyesight are failing me, and COVID-19 scares me more than anything I ever experienced in life.

I already have a job lined up when I get out. I have a stable place to stay. I have a stable family situation, who all are eager to help me transition and acclimate me to all the things that have changed since February 2008.

Thank you Your Honor for your time and consideration on this matter.

Date: 1-14-21

FILED
LODGED
JAN 2 6 2021

Name: Kevin Gary
Signature: Kevin Gary

Crim No. 1:08-cr-00086-ELH-3

Kevin Gary #43319037
FCI Fort Dix PO Box 2000
Joint Base MDL, NJ 08640

Ms. Felicia C. Cannon
Clerk of Courts for District Court
District of Maryland Northern Division - Baltimore
101 West Lombard Street
Baltimore, Maryland 21201-2605

21201-264153

TRENTON NJ 085
15 JAN 2021 PM 5 L