March 22, 2021
Monday

FILED _____ ENTERED
_____ LODGED _____ RECEIVED
MAR 29 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Case No: ELH-08-086

    Honorable Judge Ellen L. Hollander, enclosed is three more letters that came a little late that needed to be with my last supplmental addendum. Thank you for your time and consideration.

                    Respectfully Submitted,
                    Kevin Gary