KEVIN GARY
REG. NO. 43319-037
FCI FORT DIX
FEDERAL CORR. INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ  08640

August 23, 2021

Ms. Felicia C. Cannon
Clerk of Court
U.S. District Court
District of Maryland
Northern Division – Baltimore
101 West Lombard Street
Baltimore, MD 21201-2605

      RE:   *Gary v. United States*
             Criminal Case No. 1:08-cr-00086-ELH-3

Dear Ms. Cannon:

    Enclosed please find and accept for filing Movant's Reply to Government's Response to Defendant's Motion for Sentencing Reduction. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                                       Sincerely,

                                       *Kevin Gary*
                                       KEVIN GARY
                                       Appearing *Pro Se*

Encl. as noted