

PRIORITY MAIL 2-DAY®

0 Lb 2.50 Oz
1006

EXPECTED DELIVERY DAY: 08/26/21

C047

SHIP TO:
101 W LOMBARD ST
Baltimore MD 21201-2605

USPS TRACKING® #



9505 5104 4804 1235 6048 19

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED



FILED ___ ENTERED
LODGED ___ RECEIVED

FROM:

AUG 27 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

KEVIN GARY
REG. NO. 43319-037
FCI FORT DIX
FEDERAL CORR. INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

TO:   Ms. Felicia C. Cannon
      Clerk of Court
      U.S. District Court
      District of Maryland
      Northern Division – Baltimore
      101 West Lombard Street
      Baltimore, MD 21201-2605

CRG



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**