# EXHIBIT 1:
## "Inmate Education Data Transcript"

```
 FTDTT           *          INMATE EDUCATION DATA        *      02-23-2022
PAGE 001         *               TRANSCRIPT              *      09:44:53

REGISTER NO: 43319-037       NAME..: GARY                     FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: FTD-FORT DIX FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
FTD  ESL HAS   ENGLISH PROFICIENT           05-12-2009 0722 CURRENT
FTD  GED EARNED GED EARNED IN BOP           04-13-2010 0957 CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                     START DATE  STOP DATE EVNT AC LV  HRS
FTD GP    GREETING CARDS 1 - EAST         03-10-2021 04-19-2021  P  C  P   10
FTD GP    DRAWING 1 - EAST                11-01-2020 12-18-2020  P  C  P   10
FTD GP    HEALTHY MINDS AND BODIES        07-31-2020 10-01-2020  P  C  P   24
HAF       JOB FAIR INFORMATION            08-16-2018 08-16-2018  P  C  P    2
HAF       JOB FAIR INFORMATION            08-16-2018 08-16-2018  P  C  P    2
HAF       CARD MAKING   8 HOURS           03-08-2018 05-08-2018  P  C  P    8
HAF       ACRYLIC PAINTING 8 HOURS        03-07-2018 05-07-2018  P  C  P    8
HAF       REC AIDE/EVENT COORD 4 HOURS    01-17-2018 01-18-2018  P  C  P    4
HAF       BEGINNER'S LEATHER  20 HOURS    02-24-2016 01-11-2017  P  C  P   20
HAF       BASKETBALL OFFICIAL 6 HOURS     09-21-2016 11-10-2016  P  C  P    6
HAF       GRAPHICS ARTS VOC. EXPLORATORY  10-27-2014 02-20-2015  P  C  E   98
HAF       INFORMATIONAL FAIR 2HRS         08-07-2014 08-07-2014  P  C  P    2
HAF       JOB FAIR                        08-07-2014 08-07-2014  P  C  P    2
MCD       REL PRE-INTERVIEW TECHNIQUES    02-25-2014 03-18-2014  P  C  P    2
MCD       SOCIAL & SPIRITUAL DEVELOPMENT  10-01-2012 10-30-2012  P  C  P   15
MCD       TOUCH TYPING KEYBOARD PROGRAM   09-28-2011 11-01-2011  P  C  P   12
MCD       SELF STUDY RESUME COURSE        03-04-2011 04-15-2011  P  C  P   10
MCD       ACTIVE PARENTING AGES 5-12      05-02-2011 07-01-2011  P  C  P   24
MCD       LAW LIBRARY ORIENTATION         04-22-2011 05-10-2011  P  C  P    2
MCD       INTRO TO COMPUTER USAGE         04-06-2011 04-11-2011  P  C  P    1
CAA       AWAITING GED TEST RESULTS       03-31-2010 04-13-2010  C  W  I    0
CAA       PRE-GED 143 12:30-3:30 PM       11-06-2009 04-13-2010  P  C  P  144
CAA       PRE-GED 143 12:30-3:30 PM       11-06-2009 03-31-2010  C  W  I    0

--------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST       SCORE     TEST DATE      TEST FACL   FORM    STATE
GED          AVERAGE       508.0     04-01-2010     CAA         PASS    PA
             LIT/ARTS      550.0     04-01-2010     CAA         IB      PA
             MATH          460.0     04-01-2010     CAA         IB      PA
             SCIENCE       450.0     04-01-2010     CAA         IB      PA
             SOC STUDY     480.0     04-01-2010     CAA         IB      PA
             WRITING       600.0     04-01-2010     CAA         IB      PA
GED PRAC     LIT/ARTS      630.0     01-27-2010     CAA         PE
             MATH          480.0     01-27-2010     CAA         PD
             SCIENCE       510.0     01-27-2010     CAA         PE
             SOC STUDY     550.0     01-27-2010     CAA         PE
             WRITING       510.0     01-27-2010     CAA         PE
TABE D       LANGUAGE       12.5     11-05-2009     CAA         9A
             MATH APPL       7.3     12-16-2009     CAA         10D
             MATH COMP       7.4     12-16-2009     CAA         10D

G0002        MORE PAGES TO FOLLOW . . .
```

```
 FTDTT            *            INMATE EDUCATION DATA          *      02-23-2022
PAGE 002 OF 002 *                  TRANSCRIPT                 *      09:44:53

REGISTER NO: 43319-037      NAME..: GARY                         FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FTD-FORT DIX FCI

------------------------------ HIGH TEST SCORES ------------------------------
TEST          SUBTEST         SCORE     TEST DATE      TEST FACL    FORM    STATE
TABE D        READING         12.9      11-05-2009     CAA          9A
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
   FTDRN   531.01 *            INMATE HISTORY              *    03-03-2022
  PAGE 001 OF 001 *              PT OTHER                  *    08:48:46


   REG NO..: 43319-037 NAME....: GARY, KEVIN
   CATEGORY: PTO       FUNCTION: DIS       FORMAT:


   FCL   ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
   FTD   NAT DIAB P NATIONAL DIABETES PART   02-27-2022 1300 CURRENT
   FTD   MON SM O C MONEY SMART OLDER POP COMP  03-01-2022 0800 03-03-2022 0845
   FTD   AGE BDY C  HEALTHY AGING BODY COMP  11-14-2021 1709 11-14-2021 1709
   FTD   AGE BDY P  HEALTHY AGING BODY PART  10-24-2021 1623 11-14-2021 1709
   FTD   TALK DOC C TALKING WITH YOUR DOCTOR COMP 09-12-2021 1840 09-12-2021 1840
   FTD   TALK DOC P TALKING WITH YOUR DOCTOR PART 08-18-2021 1815 09-12-2021 1840
   FTD   ARTH FND C ARTHRITIS FOUNDATION WALK COMP 05-03-2021 1654 05-03-2021 1654
   FTD   ARTH FND P ARTHRITIS FOUNDATION WALK PART 03-28-2021 1501 05-03-2021 1654
   FTD   BRN HLTH C BRAIN HEALTH AS YOU AGE COMP 04-11-2021 1209 04-11-2021 1209
   FTD   BRN HLTH P BRAIN HEALTH AS YOU AGE PART 03-03-2021 1349 04-11-2021 1209
   FTD   HTH WELL C HEALTH & WELLNESS LIFESPN COMP 12-09-2020 1200 12-09-2020 1549
   FTD   HTH WELL P HEALTH & WELLNESS LIFESPN PART 11-29-2020 1000 12-09-2020 1200




   G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
FTDRN   531.01  *              INMATE HISTORY              *      03-03-2022
PAGE 001 OF 001 *                  WASPB                   *        08:26:17

   REG NO..: 43319-037  NAME....: GARY, KEVIN
   CATEGORY: WSP        FUNCTION: DIS      FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
FTD    PAR ONEC    PHASE ONE COMPLETE         03-01-2022 0800 03-03-2022 0825




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```