Mr. Kevin Wayne Gary #43549-037
Federal Correctional Institution
Fort Dix
Post Office Box 2000
Joint Base MDL, NJ 08640

Ms. Catherine M. Stavlas
Clerk of Courts
U.S. District Court
District of Maryland
Northern Division-Baltimore
101 West Lombard Street

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAY 23 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

